

**NUMBER 13-14-00605-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DANNY LEE DUBBERLY,**  **Appellant,**

**v.**

**CATHRYN JOY DUBBERLY,**  **Appellee.**

---

### On appeal from 105th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on October 31, 2014, and the parties were ordered to mediation. This cause is before the Court on an agreed motion to reverse and set aside the trial court judgment without regard to the merits and remand for disposition in accord with the agreement of the parties. Accordingly, this appeal is hereby REINSTATED.

The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to reverse and set aside the trial court's July 7, 2014 judgment without regard to the merits, and to remand the case to the trial court for disposition in accordance with the agreement of the parties.

We REVERSE and set aside the trial court's July 7, 2014 judgment without regard to the merits, and REMAND this cause to the trial court for disposition in accord with the agreement of the parties (the entry of an agreed judgment as negotiated by the parties). *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). In accordance with the agreement of the parties, costs are taxed against the party incurring same.

The parties request immediate issuance of our mandate. *See* TEX. R. APP. P.18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the 15th
day of January, 2015.

2